United States District Court

Eastern District of California

Marchea L. Jackson,

        Plaintiff,                      No. Civ. S 05-1531 LKK PAN P

   vs.                                 Order

D. L. Runnels, et al.,

        Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel seeking to commence a civil rights action.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff is required to pay the statutory filing fee of $250 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1).

Case 2:05-cv-01531-LKK-EFB   Document 8   Filed 11/02/05   Page 2 of 4

1   Plaintiff is obligated for monthly payments of 20 percent of
2 the preceding month's income credited to plaintiff's prison trust
3 account.  These payments will be forwarded by the appropriate
4 agency to the Clerk of the Court each time the amount in
5 plaintiff's account exceeds $10, until the filing fee is paid in
6 full.  28 U.S.C. § 1915(b)(2).
7   The complaint states cognizable claims for relief against
8 all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C.
9 § 1915A(b).
10   Accordingly, the court hereby orders that:
11   1.  Plaintiff's request for leave to proceed in forma
12 pauperis is granted.
13   2.  Plaintiff is obligated to pay the statutory filing fee
14 of $250 for this action.  The fee shall be collected in
15 accordance with this court's notice to the Director of the
16 California Department of Corrections filed concurrently herewith.
17   3.  Service is appropriate for defendants Runnels, Weaver,
18 Miranda, Hunt, Mims and Hathaway.
19   4.  The Clerk of the Court shall send plaintiff six USM-285
20 forms, one summons, an instruction sheet and one copy of the
21 August 1, 2005, pleading.
22   5.  Within 30 days from service of this order, plaintiff
23 shall complete the attached Notice of Submission of Documents and
24 submit it to the court with the completed summons and USM-285
25 forms and seven copies of the August 1, 2005, pleading.
26   6.  Upon receipt of the necessary materials, the court will

2

1  direct the United States Marshal to serve defendants Runnels,
2  Weaver, Miranda, Hunt, Mims and Hathaway pursuant to Federal Rule
3  of Civil Procedure 4 without payment of costs.
4       Dated:  November 1, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

United States District Court

Eastern District of California

Marchea L. Jackson,

      Plaintiff,           No. Civ. S 05-1531 LKK PAN P

  vs.                  Notice of Submission of Documents

D. L. Runnels, et al.,

      Defendants.

-oOo-

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      \_\_\_\_ completed summons form

      \_\_\_\_ completed forms USM-285

      \_\_\_\_ copies of the _____
                              Complaint

Dated: _____

                              _____
                              Plaintiff