United States District Court

Eastern District of California

Marchea L. Jackson,

       Plaintiff,

vs.

D. L. Runnels, et al.,

       Defendants.

No. Civ. S 05-1531 LKK PAN P

Order

-oOo-

November 2, 2005, the court ordered plaintiff to submit materials for service, including six copies of the complaint; he subsequently submitted only one copy of the complaint. If plaintiff wants to proceed with this action he must submit five more copies of the complaint, with the attached Notice of Submission of Documents form, within 20 days. Otherwise the

///

///

///

court will consider recommending dismissal under Fed. R. Civ. P. 4(m).

So ordered.

Dated: December 6, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                     United States District Court
 9                    Eastern District of California
10
11
12  Marchea L. Jackson,
13            Plaintiff,          No. Civ. S 05-1531 LKK PAN P
14       vs.                      Notice of Submission of Documents
15  D. L. Runnels, et al.,
16            Defendants.
17                                -oOo-
18       Plaintiff hereby submits the following documents in
19  compliance with the court's order filed _____:
20             ____ completed summons form
21             ____ completed forms USM-285
22             ____ copies of the _____
23                                       Complaint
24  Dated: _____
25                                _____
                                          Plaintiff
26
```