IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA L. JACKSON,

        Plaintiff,                  No. CIV S-05-1531 LKK PAN P

    vs.

D.L. RUNNELS, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 3, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Mims was returned unserved because "unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        On April 17, 2006, plaintiff filed a request for the court to send nine USM-285 forms and a request for status of service of process. The court has previously determined that six defendants were to be served and to date, service of process has been executed on defendants

1  Runnels, Miranda and Hunt.  Service on defendants Hathaway and Weaver is still pending with
2  the office of the U.S. Marshal.  As noted above, plaintiff must provide additional information to
3  accomplish service of process on defendant Mims.  Thus, plaintiff's request for nine USM-285
4  forms will be denied.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed August 1, 2005;

    2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed August 1, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

    3. Plaintiff's April 17, 2006 request is denied.

DATED:  April 20, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp:001
jack1531.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA L. JACKSON,

    Plaintiff,                        No. CIV S-05-1531 LKK PAN P

    vs.

D.L. RUNNELS, et al.,             NOTICE OF SUBMISSION

    Defendants.                OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the August 1, 2005 Complaint

DATED:

                                    Plaintiff