IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCHEA L. JACKSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>D.L. RUNNELS, et al.,<br><br>　　　　　　　　Defendants. | 2:05-cv-1531 LKK PAN (JFM) P<br><br>**ORDER GRANTING DEFENDANT RUNNELS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |

　　　　Defendant Runnels' request for an extension of time to respond to Plaintiff's interrogatories was considered by this Court, and good cause appearing:

　　　　**IT IS HEREBY ORDERED** that the Defendant Runnels has to July 28, 2006, to respond to Plaintiff's interrogatories.

DATED: July 18, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

14
jack1531.ext

1