IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA L. JACKSON,

    Plaintiff,                    No. CIV S-05-1531 LKK PAN P

  vs.

D.L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On February 3, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Hathaway was returned unserved because "C.C.C. has two Hathaways." Process directed to defendant Mims was returned because the defendant could not be located. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Accordingly, the Clerk of the Court will be directed to send to plaintiff the appropriate forms.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the complaint filed August 1, 2005.

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Hathaway;

    b. One completed USM-285 form for defendant Mims;

    b. Three copies of the endorsed complaint filed August 1, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

3. Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary for service.

DATED: August 4, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
jack1531.8e(3)