IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCHEA L. JACKSON,<br><br>           Plaintiff,<br><br>    v.<br><br>D.L. RUNNELS, et al.,<br><br>           Defendants. | 2:05-cv-1531 LKK PAN P<br><br>ORDER GRANTING DEFENDANTS REQUEST FOR AN EXTENSION OF TIME |

Defendants' request for an extension of time to respond to plaintiff's motion compelling discovery was considered by this court, and good cause appearing:

IT IS HEREBY ORDERED that defendant Runnels has to September 14, 2006, to respond to plaintiff's motion compelling discovery.

DATED: August 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
jack1531.ext(2)