IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCHEA L. JACKSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>D.L. RUNNELS, et al.,<br><br>　　　　　　　Defendants. | 2:05-cv-1531 LKK PAN P<br><br>**ORDER GRANTING DEFENDANT RUNNELS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |

Defendant Runnels' request for an extension of time to respond to plaintiff's interrogatories was considered by this court, and good cause appearing:

**IT IS HEREBY ORDERED** that defendant's request for an extension of time in which to respond to plaintiff's interrogatories to and including July 28, 2006, is granted nunc pro tunc to that date.

DATED: September 6, 2006.

　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

14
jack1531.ext(2)

1