IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA JACKSON,

        Plaintiff,                  No. CIV S-05-1531 LKK EFB P

      vs.

D.L. RUNNELS, Warden, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed September 13, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: D.L. Runnels, Weaver, J. Miranda, R. Hunt, R.W. Hathaway, K. Witt, R.E. Barnes, Robertson, Spicklemier, K. Summerhill, Smith, and Glenn James.

1

1  2. The Clerk of the Court shall send plaintiff 12 USM-285 forms, one summons,
2  an instruction sheet and a copy of the amended complaint filed September 22, 2006.
3  3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5      a. The completed Notice of Submission of Documents;
6      b. One completed summons;
7      c. One completed USM-285 form for each defendant listed in number 1
8      above; and
9      d. Thirteen copies of the endorsed amended complaint filed September 22,
10     2006.
11 4. Plaintiff need not attempt service on defendants and need not request waiver of
12 service. Upon receipt of the above-described documents, the court will direct the United States
13 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
14 without payment of costs.
15 DATED: November 1, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. | |
|  | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____/ | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

_____    completed summons form

_____    completed USM-285 forms

_____    copies of the _____
                            Amended Complaint

DATED:

_____
Plaintiff