IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA JACKSON,

        Plaintiff,                  No. CIV S-05-1531 LKK EFB P

    vs.

D.L. RUNNELS, Warden, et al.,

        Defendants.            <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with an action filed pursuant to 42 U.S.C. § 1983. By order filed September 13, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. On September 22, 2006, plaintiff filed an amended complaint, on which the court is now proceeding. On October 13, 2006, plaintiff filed another amended complaint, without leave of court to do so.

       On October 16, 2006, plaintiff filed a motion to proceed *in forma pauperis*. By court order filed November 2, 2005, the court granted plaintiff's August 3, 2005, application to proceed in forma pauperis. Plaintiff's latest motion to proceed *in forma pauperis* will therefore be denied as moot.

       By court order filed September 13, 2006, the court admonished plaintiff not to file anything further in this action except an amended complaint until further order of the court. The

1

1 court has not ordered plaintiff to file any other documents, and will caution plaintiff further to
2 refrain from filing anything more in this action unless directed to do so.   A failure on plaintiff's
3 part to do so will result in a recommendation that is action be dismissed.

4  In accordance with the above, IT IS HEREBY ORDERED that:

5  1. Plaintiff's amended complaint, filed October 13, 2006, shall be disregarded;

6  2. Plaintiff's October 16, 2006, motion to proceed *in forma pauperis* is denied as
7 moot;

8  3. Plaintiff shall file nothing further in this action until further order of the court.
9 Failure to comply with this order will result in a recommendation that this action be dismissed
10 pursuant to Fed. R. Civ. P. 41(b).

11 Dated:  November 1, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE