IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA JACKSON,

      Plaintiff,                         No. CIV S-05-1531 LKK EFB P

    vs.

D.L. RUNNELS, et al.,

      Defendants.             <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On October 4, 2007, plaintiff filed a document styled as a "Notice of Request to Disengage Notice of Appeal," asking to dismiss his appeal to the United States Court of Appeals for the Ninth Circuit.

        Accordingly, it is ORDERED that the Clerk of the Court is directed to forward a copy of plaintiff's request for voluntary dismissal of his appeal to the U.S. Court of Appeals for the Ninth Circuit.

Dated: October 12, 2007.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE