1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCHEA JACKSON,

11           Plaintiff,                        No. CIV S-05-1531 LKK EFB P

12       vs.

13   D.L. RUNNELS, et al.,

14           Defendants.                       ORDER

15   _____/

16       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42

17   U.S.C. § 1983.  On February 7, 2007, plaintiff filed a request for the court to arrange oral

18   depositions of defendants and to order defendants to provide him with a copy of his deposition

19   transcript.  That request was denied by order filed August 29, 2007, in which the court explained

20   that because a discovery order had yet to issue, plaintiff's request was premature.  On September

21   12, 2007, plaintiff filed another request for the court's assistance in arranging oral depositions of

22   defendants.  A discovery order remains to be issued in this litigation.  The court notes that it has

23   previously cautioned plaintiff that the filing of excessive and meritless motions will result in a

24   recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).[1]

25

26       [1] *See* Order filed September 13, 2006, docket number 117.

                                                1

1    Accordingly, it is hereby ORDERED that plaintiff's September 12, 2007, request for the

2  court's assistance in arranging oral depositions of defendants is denied.  Plaintiff is once again

3  admonished that frivolous or multiple filings that results in unnecessarily multiplying the

4  litigation may result in a recommendation that this action be dismissed pursuant to Fed. R. Civ.

5  P. 41(b).

6  Dated:  November 1, 2007.

7                                                    EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26