IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA JACKSON,

    Plaintiff,                    No. CIV S-05-1531 LKK EFB P

    vs.

D.L. RUNNELS, et al.,

    Defendants.            <u>ORDER</u>

                              /

Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 26, 2007, plaintiff filed a request for an extension of time in which to file a notice of appeal. On October 4, 2007, plaintiff filed a request to "disengage notice of appeal." That request to dismiss his pending appeal was forwarded to the U.S. Court of Appeals for the Ninth Circuit. On October 16, 2007, the Court of Appeals granted his motion for voluntary dismissal.

Accordingly, it is ORDERED that plaintiff's September 26, 2007, request for an extension of time is denied as moot.

Dated: November 13, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE