IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA JACKSON,

    Plaintiff,                            No. CIV S-05-1531 LKK EFB P

    vs.

D.L. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to respond to plaintiff's discovery requests. *See* Fed. R. Civ. P. 6(b).

        Defendants' December 13, 2007, request is granted and defendants have to and including February 3, 2008, to serve their responses to plaintiff's discovery requests.

        So Ordered.

Dated: December 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE