1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCHEA JACKSON,

11          Plaintiff,                    No. CIV S-05-1531 LKK EFB P

12      vs.

13   D.L. RUNNELS, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On February 25, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Neither

22   party has filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed February 25, 2008, are adopted in

2    full;

3          2.  Plaintiff's August 27, 2007, motion to set a schedule is denied; and

4          3.  Plaintiff's August 29, 2007, motion for a preliminary injunction is denied.

5    DATED:   March 25, 2008.

6

7

8    LAWRENCE K. KARLTON
     SENIOR JUDGE
9    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26