IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA JACKSON,

      Plaintiff,                   No. CIV S-05-1531 LKK EFB P

      vs.

D.L. RUNNELS, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 28, 2009, the court directed plaintiff to submit documents necessary to effect service of process of the second amended complaint on defendant Cismowski. Plaintiff has neither returned the required USM-285 form, copies of the complaint or a summons. Nor has plaintiff responded in any way to the court's January 28, 2009, order.

      It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the January 28, 2009, order or to submit the documents required to effect service of the second amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

1

1       The Clerk of the Court is directed to send to plaintiff one blank summons, a copy of the
2 operative complaint and a USM-258 form.
3 DATED: March 19, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCHEA JACKSON,

      Plaintiff,                    No. CIV S-05-1531 LKK EFB P

      vs.

D.L. RUNNELS, et al.,

      Defendants.               NOTICE OF SUBMISSION OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      __1__      completed forms USM-285

      __2__      copies of the Second Amended Complaint

Dated:

                                                Plaintiff